IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

In the Matter of the Search of:          )
2566 Cumberland Road             )       File No. 2:08-mj-73
Grand Forks, North Dakota         )

**ORDER**

The United States moves for an extension of time within which to complete forensic examination of electronic media. The Court has considered that request, and finds good cause for granting it. It is therefore ORDERED that time for forensic examination of electronic media seized from 2566 Cumberland Road, Grand Forks, North Dakota, is extended through January 20, 2009.

Dated this 23rd day of October, 2008.


*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge